■ In the Matter of JASON D.H., Respondent, v TONIMARIE C., Appellant. [849 NYS2d 839]—Appeal from an order of the Family Court, Seneca County (W. Patrick Falvey, J.), entered December 12, 2005 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded sole custody of the parties' child to petitioner with visitation to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ In the Matter of the Adoption of McKAYLA. JAMIE B., et al., Respondents; MARTIN U., Appellant. [849 NYS2d 840]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered May 10, 2007. The order, among other things, adjudged that, for purposes of the adoption proceeding, respondent is a notice father only and ordered a best interests hearing to determine whether the adoption should be finalized.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ O'CONNELL ELECTRIC COMPANY, INC., Doing Business as SYRACUSE MERIT ELECTRIC, Respondent, v HUNT CONSTRUCTION GROUP, INC., Appellant. [849 NYS2d 869]—Appeal from a judgment and order (one paper) of the Supreme Court, Ontario County (John J. Ark, J.), entered November 13, 2006 in an action for breach of contract. The judgment and order, insofar as appealed from, granted in part plaintiff's motion for partial summary judgment, awarded plaintiff judgment in the sum of $1,264,255 against defendant and denied defendant's cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the judgment and order so appealed from is unanimously affirmed with costs. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.